# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73490 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73536 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73537 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73597 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73598 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73599 |

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73675

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73680

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73681

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73742

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73830

GIOVANNI KOHLER KURTZE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73847

 

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 73973

---

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 73974

---

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 74039

---

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 74040

---

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 74041

---

GIOVANNI KOHLER KURTZE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 74042 ✓

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>              Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>              Respondent. | No. 74043 |
| GIOVANNI KOHLER KURTZE,<br>              Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>              Respondent. | No. 74044 |
| GIOVANNI KOHLER KURTZE,<br>              Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>              Respondent. | No. 74189 |
| GIOVANNI KOHLER KURTZE,<br>              Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>              Respondent. | No. 74252 |

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying/dismissing motions for expenses for legal supplies and legal phone calls, denying motions for extensions of time to file pretrial petitions for writs of habeas corpus, denying "motion[s] for courts to order Randall Bolelli Special Agent of the FBI of Las Vegas to investigate a federal crime," denying pretrial petitions for writs of habeas corpus, denying a motion to suppress witness statements and testimony, denying a motion to suppress evidence and return the property to defendant, denying a motion to

SUPREME COURT
OF
NEVADA

(O) 1947A

disqualify, resetting the jury trial, denying motions to dismiss standby counsel and appoint alternative counsel, denying a motion for qualification of jury selection, denying a "motion on qualifications of prosecutor presenting defendants character in guilt phase of trial," granting in part, denying in part a "motion for Joe Lombardo Sheriff of Clark County Department of Internal Affairs to release documents," and denying a motion for recusal.

Our review of these appeals reveals jurisdictional defects. No statute or court rule provides for an appeal from the aforementioned orders. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *see also Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); NRS 177.015(2) (only the state may appeal from a pretrial order granting or denying a motion to suppress evidence). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

 

cc: Hon, Jennifer P. Togliatti, District Judge
Hon. Eric Johnson, District Judge
Giovanni Kohler Kurtze
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Special Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A